

**U.S. Department of Justice**

Criminal Division
Appellate Section

---

**Filed Electronically**                                                      September 22, 2023

Mr. Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

**Re:**   *United States of America v. Jessie Bullock*, No. 23-60408

Dear Mr. Cayce:

      I am writing to request a 30-day extension of time, to and including November 3, 2023, in which to file the government's opening brief.  This is the government's first request for an extension of time in this matter.  Counsel for the appellee does not object to this request.

      This is a government appeal from a district court order dismissing an indictment charging the defendant with unlawfully possessing a firearm as a felon, in violation of 18 U.S.C. § 922(g)(1), on Second Amendment grounds.  The government's opening brief is currently due on October 4, 2023.  The case was initially handled by the U.S. Attorney's Office of the Southern District of Mississippi.  Responsibility for this appeal was recently transferred to the Appellate Section of the Justice Department's Criminal Division and assigned to me.

      I have no prior involvement with these proceedings and therefore need additional time to access and review the district court record, research the legal issues involved, and draft a brief that presents the government's claims in a manner that will best assist this Court in resolving them.  I am also balancing other work responsibilities, including drafting the government's opening brief in *United States v. Connelly*, No. 23-50312 (5th Cir.) (due, on second extension, on October 20, 2023); drafting the government's response brief in *United States v. Markovich*, Nos. 23-11835, 23-11836 (11th Cir.) (due, on first extension, on November 6, 2023); and drafting the government's

opposition to certiorari in *Wordly v. United States*, No. 23-5331 (due to the Court, on first extension, on November 17, 2023), among other assignments. I therefore need additional time to properly manage these responsibilities.

Thank you for your consideration. Please do not hesitate to contact me if you have any questions or require additional information.

                                              Sincerely,

                                              /s/ Mahogane D. Reed
                                              MAHOGANE D. REED
                                              Attorney, Criminal Appellate Section
                                              U.S. Department of Justice
                                              950 Pennsylvania Ave. NW
                                              Washington, D.C. 20530
                                              (202) 615-1170
                                              Mahogane.Reed@usdoj.gov