# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 09, 2024

Ms. Jennifer L. Case
U.S. Attorney's Office
Southern District of Mississippi
501 E. Court Street
Suite 4.430
Jackson, MS 39201

Mr. Gaines H. Cleveland
U.S. Attorney's Office
Southern District of Mississippi
1575 20th Avenue
Gulfport, MS 39501

Ms. Kimberly Golden Gore
Federal Public Defender's Office
Southern District of Mississippi
200 S. Lamar Street
Suite 200-N
Jackson, MS 39201-0000

Ms. Victoria Elizabeth McIntyre
Federal Public Defender's Office
Southern District of Mississippi
2510 14th Street
Suite 902
Gulfport, MS 39501-0000

Ms. Mahogane Denea Reed
U.S. Department of Justice
Criminal Division
950 Pennsylvania Avenue, N.W.
Suite 1266
Washington, DC 20530

Mr. Michael L. Scott
Federal Public Defender's Office
Southern District of Mississippi
200 S. Lamar Street
Suite 200 N
Jackson, MS 39201-0000

Ms. Jessica Terrill
U.S. Attorney's Office
Southern District of Mississippi
501 E. Court Street
Jackson, MS 39201

Mr. Thomas Creagher Turner Jr.
Federal Public Defender's Office
Southern District of Mississippi
200 S. Lamar Street
Suite 200-N
Jackson, MS 39201-0000

      No. 23-60408   USA v. Bullock
                          USDC No. 3:18-CR-165-1

Dear Counsel,

Your appeal has been placed in abeyance this date. You have fourteen (14) days to file a letter in response if you believe this stay is inappropriate. All responses will be forwarded to the court for a determination. If developments arise that would impact the stay, you must notify the court. Once the case has been removed from abeyance, you will receive notification from this court with any additional instructions.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Majella A. Sutton, Deputy Clerk
                                    504-310-7680