# United States Court of Appeals
# for the Fifth Circuit

No. 23-60408

United States Court of Appeals
Fifth Circuit
**FILED**
November 25, 2024
Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellant,*

versus

Jessie Bullock,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:18-CR-165-1

_____

Before Jones, Willett, and Engelhardt, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

No. 23-60408

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.