# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 12, 2024
Lyle W. Cayce
Clerk

No. 23-60408

United States of America,

*Plaintiff—Appellant,*

versus

Jessie Bullock,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:18-CR-165-1

_____

ORDER:

IT IS ORDERED that Appellant's opposed motion to publish the opinion is GRANTED.

_____
Edith H. Jones
*United States Circuit Judge*