# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 27, 2025
Lyle W. Cayce
Clerk

No. 23-60408

United States of America,

*Plaintiff—Appellant,*

versus

Jessie Bullock,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:18-CR-165-1
_____

ON PETITION FOR REHEARING EN BANC

Before Jones, Willett, and Engelhardt, *Circuit Judges*.

Per Curiam:

Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R. 40 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P. 40 and 5th Cir. R. 40), the petition for rehearing en banc is DENIED.